UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 20-07130
Joseph C. Sheehan  )
 )  Chapter: 11
 )  Honorable Jacqueline P Cox
 )
 )
Debtor(s)  )

**ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE**

This matter coming before the court on the motion of Myles Kirby d/b/a BlackRock Medical Partners Ltd.("Creditor") to dismiss the chapter 11 case, it appearing that the relief requested is in the best interests of Debtor, his estate and creditors, and after due deliberation, good and sufficient cause appearing therefore, IT IS ORDERED:

1. The motion is granted. The chapter 11 bankruptcy case of Joseph C. Sheehan is hereby dismissed.

2. This order is final and shall be immediately effective and enforceable upon its entry.

3. Creditor's motion in the alternative for relief from stay is denied as moot.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: August 15, 2023